UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BREATHABLEBABY, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CROWN CRAFTS, INC. and CROWN CRAFTS INFANT PRODUCTS, INC.,<br><br>　　　　　　Defendants. | Civil Action No.: 0:12-cv-00094-PJS-TNL<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF KYLE LIUDAHL IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

I, Kyle Liudahl, declare as follows:

1. Attached hereto as Exhibit 1 is a copy of Plaintiff's First Set of Request for Production of Documents and Things to Defendants.

2. Attached hereto as Exhibit 2 is a copy of Defendants' Responses and Objections to Plaintiff's First Set of Request for Production of Documents and Things.

3. Attached hereto as Exhibit 3 is a copy of Plaintiff's Second Set of Requests for Production of Documents and Things to Defendants (NOS. 51-58).

4. Attached hereto as Exhibit 4 is a copy of Defendants' Responses and Objections to Plaintiff's Second Set of Requests for Production of Documents and Things (NOS. 51-58).

5. Attached hereto as Exhibit 5 is a copy of Plaintiff's First Set of Interrogatories to Defendant.

6. Attached hereto as Exhibit 6 is a copy of Defendants' Responses and Objections to Plaintiff's First Set of Interrogatories.

7. Attached hereto as Exhibit 7 is a copy of Plaintiff Breathablebaby LLC's Second Set of Interrogatories to Defendants (NOS. 8-18).

8. Attached hereto as Exhibit 8 is a copy of Defendants' Responses and Objections to Plaintiff's Second Set of Interrogatories (NOS. 8-18).

9. Attached hereto as Exhibit 9 are copies of price lists from the September 2011 ABC Kids Expo.

10. Attached hereto as Exhibit 10 is a copy of Bates Doc. No. CC000632.

11. Attached hereto as Exhibit 11 is a copy of Bates Doc. No. CC005639.

12. Attached hereto as Exhibit 12 is a copy of the most recently produced Crown Craft privilege log.

13. Attached hereto as Exhibit 13 is a copy of Bates Doc. No. CC009692.

14. Attached hereto as Exhibit 14 is a copy of testimony from the deposition of Nanci Freeman.

15. Attached hereto as Exhibit 15 is a copy of testimony from the 30(b)(6) deposition of Nanci Freeman.

16. Attached hereto as Exhibit 16 is a copy of testimony from the deposition of Olivia Elliott.

17. Attached hereto as Exhibit 17 is a copy of testimony from the 30(b)(6) deposition of Olivia Elliott.

18. Attached hereto as Exhibit 18 is a copy of testimony from the deposition of Debra Dunne.

19. Attached hereto as Exhibit 19 is a copy of the first page of Bates Doc. No. CC009705.

20. Attached hereto as Exhibit 20 is a copy of Bates Doc. No. CC009034.

21. Attached hereto as Exhibit 21 is a copy of Bates Doc. No. CC004423.

22. Attached hereto as Exhibit 22 is a copy of Bates Doc. No. CC004392.

23. Attached hereto as Exhibit 23 is a copy of Bates Doc. No. CC002454.

24. Attached hereto as Exhibit 24 is a copy of Bates Doc. No. CC001520.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Minneapolis, Minnesota on February 15, 2012.

_____
Kyle Liudahl